**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PATRICIA MCGILL, | Civil Action No. 1:24-cv-01711-KAM-CLP |
| Plaintiff, | |
| v. | Brooklyn, New York |
| GOTHAM DRYWALL, INC., JOHN FITZPATRICK, JAMES DOLAN AND MICHAEL COYLE, | May 5, 2025 |
| Defendants. | KIYO A. MATSUMOTO<br>United States District Judge<br>Eastern District of New York |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Patricia McGill and Defendants Gotham Drywall, Inc., John Fitzpatrick, James Dolan, and Michael Coyle, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

SO STIPULATED AND AGREED, this 5th day of May 2025:


By: /s/ Nnenna Onua
Nnenna Onua, Esq.
McKinley Onua & Associates
233 Broadway, Suite 2348
New York, New York 10279
nonua@mckinleyonua.com
*Attorneys for Plaintiff, Patricia McGill*

By: */s/ Randi W. Kochman*
Randi W. Kochman, Esq.
COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07601
rkochman@coleschotz.com
*Attorneys for Defendants, Gotham Drywall, Inc., John Fitzpatrick, James Dolan and Michael Coyle*